IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARILYN S. BYRD,                      )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        CIVIL ACTION NO. 1:07cv895-SRW
                                      )
MICHAEL ASTRUE,                       )
Commissioner of Social Security,      )
                                      )
            Defendant.                )

# ORDER

Upon consideration of the Commissioner's motion for extension (Doc. # 12), filed

March 19, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

Done, this 21st day of March, 2008.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE